**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-6927**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CHRISTOPHER LEE SHADE,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:02-cr-00045-JPB-4)

---

Submitted:  March 12, 2009          Decided:  March 16, 2009

---

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Brian Joseph Kornbrath, Federal Public Defender, Clarksburg, West Virginia, for Appellant.  Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lee Shade appeals the district court's order granting in part and denying in part his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Shade, No. 3:02-cr-00045-JPB-4 (N.D.W. Va. May 28, 2008). See United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED